# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Romero, Michael E. | 2. Court or Organization<br><br>Colorado - Bankruptcy Court | 3. Date of Report<br><br>05/12/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge - U.S. Bankruptcy Court - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

543 U.S. Custom House
721 19th Street
Denver, CO 80202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | member - executive board | Our Courts, Colorado |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | Pendleton, Friedberg, Wilson & Hennessey, P.C. - departed shareholder/director interest in P.C. - no control. Agreement entered into 2003. No payment in 2014 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 4/4/14 | Wells Fargo Bank - partial beneficiary distribution from ▓▓▓▓▓ trust |
| 2. | 7/14/14 | Wells Fargo Bank - partial beneficiary distribution from ▓▓▓▓▓ trust |
| 3. | 8/29/14 | Wells Fargo Bank - partial beneficiary distribution from ▓▓▓▓▓ trust |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | January 2013 | Colorado | Bar Conference | tuition waiver |
| 2. | National Conference of Bankruptcy Judges | April 2014 | Missouri | Professional Association mid-year meeting | transportation, lodging and food |
| 3. | National Conference of Bankruptcy Judges | October 2014 | Illinois | Professional Association annual meeting | transportation, lodging and food |
| 4. | National Conference of Bankruptcy Judges | September, 2014 | Washington, DC | Professional meeting with members of Congress and staff | lodging and food |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Romero, Michael E.** | 05/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Cards | J |
| 2. | Bank of America | Credit Card | J |
| 3. | Barclays Bank Delaware | Credit Card | J |
| 4. | Wells Fargo National Bank | Line of Credit | J |
| 5. | Capital One | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Romero, Michael E. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Custodian Traditional IRA - See note in part VIII | B | Interest | K | T | | | | | |
| 2. Wells Fargo National Bank, Accounts | A | Interest | J | T | | | | | |
| 3. Northwestern Life Insurance Co. Whole Life #1 | C | Interest | L | T | | | | | |
| 4. Northwestern Life Insurance Co. Whole Life #2 | A | Interest | K | T | | | | | |
| 5. Trust #1: ▮▮▮ is Successor Trustee See note in part VIII (H) | E | Interest | J | T | | | | | |
| 6. -Undeveloped real property in Gunnison Co, Colorado | | | | | Distributed | 02/06/14 | L | | Brother of Spouse |
| 7. -former residence of ▮▮▮ See comment in section VIII | | | | | Sold | 06/16/14 | N | | Gary Hammondtree |
| 8. -AT&T stock See comment in Section VIII | | | | | Redeemed | 08/12/14 | K | B | |
| 9. -Wells Fargo accounts*(see comment in section VIII)(x) | | | | | Distributed (part) | 04/04/14 | L | | Spouse / Brother of Spouse |
| 10. | | | | | Distributed (part) | 07/14/14 | N | | Spouse/Brother of Spouse |
| 11. | | | | | Distributed | 08/29/14 | M | | spouse/Brother of Spouse |
| 12. ▮▮▮ r's estate - ▮▮▮ is Representative (H) | | | | | | | | | |
| 13. -Jeep Liberty (2003) See comment in Section VIII | | | | | Sold | 09/02/14 | J | C | CarMax |
| 14. -jewelry | | | J | W | | | | | |
| 15. -Misc coins discovered in 2014 (x) | | | J | W | | | | | |
| 16. -Steinway piano | | | | | Distributed | 02/06/14 | K | | Spouse |
| 17. -Undeveloped land in Latimer Co, OK | | | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Romero, Michael E. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -oil royalty from Mustang Fuel from line 17 | A | Royalty | | | | | | | |
| 19. -Wells Fargo accounts | | | K | T | | | | | |
| 20. Synetra Life Ins/Ins Prods Edge Pro 7 Annuity | | None | L | T | Buy | 12/30/14 | L | | Spouse |
| 21. Fed. Inc. Sec Tr. Federated Cap Income IRA | | None | K | T | Buy | 12/30/14 | K | | Spouse |
| 22. Lord Abbett Inv. Tr. Short Duration | | None | L | T | Buy | 12/30/14 | K | | Spouse |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Romero, Michael E. | 05/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.1 ▮▮▮ retirement account. Total investment in American Balanced Fund Inc. Class A. no transaction

VII.5 ▮▮▮ became successor trustee of identified trust upon ▮▮▮ death. Distributions to beneficiaries noted in lines VII. 9-11. Trust fully distributed in 2014

VII.6 Value taken from Gunnison County tax records ($61,600 for 2013)

VII.7-8 Proceeds deposited into Wells Fargo account and distributed as reflected in VII.9-11

VII.9-11 All monies in this account were distributed to Trust's beneficiaries from the Wells Fargo account on the dates shown. Trust account closed by end of reporting period

VII.12 ▮▮▮ became representative of ▮▮▮ death during reporting period.

VII.13 Proceeds from sale deposited in account noted on line VII.19

VII.20-22 Value given for products were the investment price paid by ▮▮▮

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Michael E. Romero**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544